

**Your Missouri Courts .net**

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess  Logoff KEVIN_FRITZ

**18CY-CV12075 - ARTHUR B CLARK V VERITIV OPERATING COMPANY ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ○ Descending  ● Ascending    Display Options: All Entries

**11/29/2018**  ☐ **Judge Assigned**

☐ **Pet Filed in Circuit Ct**
Petition for Damanges.
**Filed By:** JOSEPH ROBERT HILLEBRAND

☐ **Motion Special Process Server**
Motion for Special Process Server.
**Filed By:** JOSEPH ROBERT HILLEBRAND
**On Behalf Of:** ARTHUR B CLARK

☐ **Note to Clerk eFiling**
**Filed By:** JOSEPH ROBERT HILLEBRAND

☐ **Filing Info Sheet eFiling**
**Filed By:** JOSEPH ROBERT HILLEBRAND

**12/03/2018**  ☐ **Order - Special Process Server**

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-1300, for VERITIV OPERATING COMPANY.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-1301, for MILLER, FENTON.

**12/13/2018**  ☐ **Notice of Service**
Proof of Service upon Fenton Miller.
**Filed By:** JOSEPH ROBERT HILLEBRAND
**On Behalf Of:** ARTHUR B CLARK

☐ **Summons Personally Served**
Document ID - 18-SMCC-1301; Served To - MILLER, FENTON; Server - SPECIAL PROCESS SERVER; Served Date - 13-DEC-18; Served Time - 13:31:00; Service Type - Special Process Server; Reason Description - Served; Service Text - .

**12/17/2018**  ☐ **Notice of Service**
Service of Summons to Veritiv Operating Company served 18-SMCC-1300; Electronic Filing Certificate of Service.

☐ **Corporation Served**
Document ID - 18-SMCC-1300; Served To - VERITIV OPERATING COMPANY; Server - SO ST LOUIS COUNTY-CLAYTON; Served Date - 17-DEC-18; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - , by serving LCW, B. Love, intake Specialist.

**EXHIBIT 1**

IN THE CIRCUIT COURT OF CLAY COUNTY
STATE OF MISSOURI

| | |
|---|---|
| ARTHUR B. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: |
| vs. | ) |
| | ) Division No.: |
| VERITIV OPERATING COMPANY, | ) |
| Serve: Registered Agent: | ) |
| C.T. Corporation System | ) |
| 120 South Central Avenue | ) **JURY TRIAL DEMANDED** |
| Clayton, MO 63105 | ) |
| | ) |
| AND, | ) |
| | ) |
| FENTON W. MILLER, | ) |
| Serve at: | ) |
| 8335 Lowell Avenue # 1 | ) |
| Overland Park, KS 66212 | ) |
| | ) |
| Defendants. | ) |

**PETITION**

COMES NOW Plaintiff, Arthur B. Clark, by and through his attorneys, Brown & Crouppen, P.C., and states as follows for his action against Veritiv Operating Company and Fenton W. Miller:

**Preliminary Statement**

1. This action seeks compensatory damages for injuries suffered by plaintiff, Arthur B. Clark, on April 5, 2018.

2. Plaintiff suffered severe injuries when his vehicle, traveling westbound on 210 Highway, collided into a commercial vehicle that was attempting a left turn from southbound Pleasant Avenue onto eastbound 210 Highway and negligently failed to yield the right-of-way to Plaintiff. The commercial vehicle was being operated by Fenton W. Miller, an agent, servant

and/or employee of defendant Veritiv Operating Company.

3. Defendant Veritiv Operating Company's principal place of business is in Atlanta, Georgia.

4. Defendant Fenton Miller is a resident of Johnson County, Kansas, and at all times alleged in this petition was acting as an agent, servant and/or employee of Defendant Veritiv Operating Company.

5. The incident out of which this action arose occurred in Clay County, State of Missouri.

6. At all times material hereto, 210 Highway is an open and public street, highway and thoroughfare generally running in an east and west direction located in Clay County, State of Missouri.

**Parties**

7. Plaintiff, Arthur B. Clark, (hereinafter Plaintiff) is a resident of Ray County, State of Missouri.

8. Defendant, Veritiv Operating Company (hereinafter VOC) is a foreign for-profit corporation incorporated in Delaware. It is a federally licensed motor carrier with the U.S. Department of Transportation, No. 310582, and has its principal place of business in Atlanta, Georgia.

9. Defendant Fenton Miller, (hereinafter Miller) is a citizen and resident of Johnson County, State of Kansas. At all times alleged in this petition, Defendant Miller was acting as an agent, servant and/or employee of Defendant VOC.

## COUNT I – NEGLIGENCE

Plaintiff, Arthur B. Clark, by and through his attorneys, Brown and Crouppen, P.C., states as follows for Count I of his Petition against Defendant Veritiv Operating Company:

10. Plaintiff realleges paragraphs 1 – 9 of this Petition.

11. On April 5, 2018, Plaintiff was operating a motor vehicle westbound on 210 Highway at or near the intersection of Pleasant Avenue, in Clay County, Missouri, when defendant Miller, acting as an agent, servant and/or employee of defendant VOC attempted to make a left turn onto eastbound 210 Highway from southbound Pleasant Avenue, and negligently failed to yield the right-of-way to Plaintiff.

12. Defendant Miller's commercial vehicle drove into plaintiff's path of travel causing a collision between the two vehicles. This collision was the direct result of the negligence of defendant VOC acting through its employee, agent and/or servant individually or in combination, in one or more of the following respects:

   a) Defendant VOC by and through its agent, servant and/or employee was inattentive to the roadway;

   b) Defendant VOC by and through its agent, servant and/or employee carelessly and neglectfully failed to yield the right-of-way;

   c) Defendant VOC by and through its agent, servant and/or employee carelessly and negligently failed to sound a warning of his approach, to slacken speed, swerve or stop before colliding with plaintiff's automobile;

   d) Defendant VOC by and through its agent, servant and/or employee failed to control the commercial vehicle;

   e) Defendant VOC by and through its agent, servant and/or employee carelessly and negligently operated his commercial vehicle at an excessive rate of speed under the circumstances then and there existing;

   f) Defendant VOC failed to train Fenton Miller in the safe operation of the commercial vehicle it allowed him to operate;

g) Defendant VOC failed to monitor the hours of service that Fenton Miller operated this commercial vehicle.

h) Defendant VOC entrusted its driver to operate its commercial vehicle when it knew or should have known that he had an unsafe past while operating motor vehicles;

i) Defendant VOC retained Fenton Miller as a driver when it knew or should have known of his unsafe past while operating motor vehicles;

j) Defendant VOC hired Fenton Miller without performing an adequate investigation of his driving history.

13. As a direct result of the negligence of defendant VOC in one or more of these respects, Plaintiff suffered severe physical injuries and damages including fractures of the left arm and left leg, which have required surgery and extensive medical treatment; he has suffered great pain of the mind and body and will continue to suffer great pain of mind and body permanently; he has sought and received medical care and attention and will continue to receive medical care and attention; he has incurred medical expenses and will continue to incur medical expenses; he has suffered significant disability and will continue to suffer significant disability permanently; all to his damage.

WHEREFORE, Arthur B. Clark requests that a judgment be entered against Defendant Veritiv Operating Company on Count I of this Petition in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), plus costs.

## COUNT II – NEGLIGENCE

Plaintiff Arthur B. Clark, by and through his attorneys, Brown and Crouppen, P.C., states as follows for Count II of his Petition against Defendant Fenton W. Miller:

14. Plaintiff realleges paragraphs 1 – 13 of this Petition.

15. Defendant Miller's commercial vehicle drove into the roadway in front of the Plaintiff's vehicle causing a collision between the two vehicles. This collision was the direct result of the negligence of Defendant Miller in one or more of the following respects:

a) Defendant Miller was inattentive to the roadway;

b) Defendant Miller carelessly and neglectfully failed to yield the right-of-way;

c) Defendant Miller carelessly and negligently failed to sound a warning of his approach, to slacken speed, swerve or stop before colliding with plaintiff's automobile;

d) Defendant Miller failed to control the commercial vehicle;

e) Defendant Miller carelessly and negligently operated his commercial vehicle at an excessive rate of speed under the circumstances then and there existing; and/or,

f) Defendant Miller failed to keep a careful lookout laterally and ahead.

16. As a direct result of the negligence of Defendant Miller in one or more of these respects, Plaintiff suffered severe physical injuries and damages including fractures of the left arm and left leg, which have required surgery and extensive medical treatment; he has suffered great pain of the mind and body and will continue to suffer great pain of mind and body permanently; he has sought and received medical care and attention and will continue to receive medical care and attention; he has incurred medical expenses and will continue to incur medical expenses; he has suffered significant disability and will continue to suffer significant disability permanently; all to his damage.

WHEREFORE, Plaintiff Arthur B. Clark requests that a judgment be entered against Defendant Fenton W. Miller on Count II of this Petition in an amount in excess Twenty-Five Thousand Dollars ($25,000.00), plus costs.

Electronically Filed - Clay - November 29, 2018 - 09:21 AM

**BROWN & CROUPPEN, P.C.**

By:   /s/ Joseph R. Hillebrand
Joseph R. Hillebrand, #43344
Michael Kopit #65686
Brown & Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
(314) 421-0216 phone
(314) 421-0359 fax
pipleadings@getbc.com
joeh@getbc.com
michaelk@getbc.com
**ATTORNEYS FOR PLAINTIFF**

IN THE CIRCUIT COURT OF CLAY COUNTY
STATE OF MISSOURI

| | |
|---|---|
| ARTHUR B. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: |
| vs. | ) |
| | ) Division No.: |
| VERITIV OPERATING COMPANY, | ) |
| <u>Serve: Registered Agent</u>: | ) |
| C.T. Corporation System | ) |
| 120 South Central Avenue | ) **JURY TRIAL DEMANDED** |
| Clayton, MO 63105 | ) |
| | ) |
| AND, | ) |
| | ) |
| FENTON W. MILLER, | ) |
| <u>Serve at</u>: | ) |
| 8335 Lowell Avenue # 1 | ) |
| Overland Park, KS 66212 | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR APPROVAL AND APPOINTMENT
OF PRIVATE PROCESS SERVER**

COMES NOW Petitioner/Plaintiff in the above captioned matter and for her Motion for Approval/ Appointment of a Private Process Server, pursuant to Local Rule of the Clay County Circuit Court Rules, states to the Court as follows:

The Petitioner/ Plaintiff requests that the following individual be approved and appointed to serve process in this case:

**Legal Name:**                                   **Registration No. (if applicable)**

**Ron Gamm**                                      **PPS18-0190**

The Petitioner/Plaintiff states that:
- ☐ The above-named individual is qualified to serve process in this matter and that an affidavit containing the information required by Rule 4.9 and attesting to such qualifications is attached and incorporated as Exhibit "A".
- ☒ The above-named individual is on the Court's List of Approved Process Servers and all of the information contained in his/her Application and Affidavit currently on file is still correct.
- ☐ The above-named individual is on the Court's List of Approved Process Servers and the information contained in his/her Application and Affidavit needs to be updated as indicated in an attachment, provided by me herewith.

/s/ Joseph R. Hillebrand
Petitioner/ Plaintiff's Signature

## **ORDER**

It is hereby ordered that Petitioner/Plaintiff's Motion for Approval and Appointment of a Private Process server is sustained and the above-named individual is hereby approved and appointed to serve process in the above captioned matter.

_____    _____
DATE                               JUDGE/CLERK

IN THE CIRCUIT COURT OF CLAY COUNTY
STATE OF MISSOURI

| | |
|---|---|
| ARTHUR B. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: |
| vs. | ) |
| | ) Division No.: |
| VERITIV OPERATING COMPANY, | ) |
| <u>Serve: Registered Agent</u>: | ) |
| C.T. Corporation System | ) |
| 120 South Central Avenue | ) **JURY TRIAL DEMANDED** |
| Clayton, MO 63105 | ) |
| | ) |
| AND, | ) |
| | ) |
| FENTON W. MILLER, | ) |
| <u>Serve at</u>: | ) |
| 8335 Lowell Avenue # 1 | ) |
| Overland Park, KS 66212 | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR APPROVAL AND APPOINTMENT
## OF PRIVATE PROCESS SERVER

COMES NOW Petitioner/Plaintiff in the above captioned matter and for her Motion for Approval/ Appointment of a Private Process Server, pursuant to Local Rule of the Clay County Circuit Court Rules, states to the Court as follows:

The Petitioner/ Plaintiff requests that the following individual be approved and appointed to serve process in this case:

**Legal Name:**                                **Registration No. (if applicable)**

**Ron Gamm**                                   **PPS18-0190**

The Petitioner/Plaintiff states that:
- ☐ The above-named individual is qualified to serve process in this matter and that an affidavit containing the information required by Rule 4.9 and attesting to such qualifications is attached and incorporated as Exhibit "A".
- ☒ The above-named individual is on the Court's List of Approved Process Servers and all of the information contained in his/her Application and Affidavit currently on file is still correct.
- ☐ The above-named individual is on the Court's List of Approved Process Servers and the information contained in his/her Application and Affidavit needs to be updated as indicated in an attachment, provided by me herewith.

/s/ Joseph R. Hillebrand
Petitioner/ Plaintiff's Signature

## **ORDER**

It is hereby ordered that Petitioner/Plaintiff's Motion for Approval and Appointment of a Private Process server is sustained and the above-named individual is hereby approved and appointed to serve process in the above captioned matter.

DECEMBER 3, 2018

BARB WILMOT

DATE

JUDGE/CLERK

Electronically Filed - Clay - November 29, 2018 - 09:21 AM



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JANET SUTTON | Case Number: 18CY-CV12075 |
| Plaintiff/Petitioner:<br>ARTHUR B CLARK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH ROBERT HILLEBRAND<br>BROWN & CROUPPEN<br>211 N BROADWAY STE 1600<br>SAINT LOUIS, MO 63102 |
| Defendant/Respondent:<br>VERITIV OPERATING COMPANY | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** VERITIV OPERATING COMPANY
   Alias:
**% CT CORP SYSTEM**
**120 S CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*CLAY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____12/3/2018_____    _____BARB WILMOT_____
             Date                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*  Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                              Date                                                  Notary Public

**Sheriff's Fees**
Summons                              $_____
Non Est                                  $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $_____10.00_____
Mileage                                  $_____ (_____ miles @ $._____ per mile)
**Total**                                  $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>JANET SUTTON | Case Number: 18CY-CV12075 |
|---|---|
| Plaintiff/Petitioner:<br>ARTHUR B CLARK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH ROBERT HILLEBRAND<br>BROWN & CROUPPEN<br>211 N BROADWAY STE 1600<br>SAINT LOUIS, MO 63102 |
| Defendant/Respondent:<br>VERITIV OPERATING COMPANY | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** FENTON MILLER III
                      **Alias:**

8335 LOWELL AVENUE
#1
OVERLAND PARK, KS 66212

*COURT SEAL OF*

       You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

          12/3/2018                               BARB WILMOT
            Date                                         Clerk

*CLAY COUNTY*    Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                _____
   Printed Name of Sheriff or Server                                 Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
*(Seal)*    Subscribed and sworn to before me on _____ (date).
        My commission expires: _____        _____
                                  Date                                    Notary Public

**Sheriff's Fees**
| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $    10.00       | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF CLAY COUNTY
STATE OF MISSOURI

| | |
|---|---|
| ARTHUR B. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 18CY-CV12075 |
| vs. | ) |
| | ) |
| VERITIV OPERATING COMPANY, | ) |
| AND, | ) |
| FENTON W. MILLER, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM TO COURT CLERK

COMES NOW Plaintiff, and hereby files a copy of the return of service upon Defendant Fenton Miller III. Fenton Miller III was personally served at 8335 Lowell Avenue, Overland Park, Kansas 66212, his usual place of abode, on December 12, 2018.

BROWN & CROUPPEN, P.C.

BY:  /s/ Joseph R. Hillebrand
Joseph R. Hillebrand #43344
Attorney for Plaintiff
211 N. Broadway, Ste. 1600
St. Louis, MO 63102
(314) 421-0216
(314) 421-0359 (Fax)
pipleadings(@.GetBC.com

## AFFIDAVIT OF SERVICE

| Case: 1SCY-CV-12075 | Court: 7TH JUDICIAL CIRCUIT COURT | County: CLAY, MO | job: 2892895 |
|---|---|---|---|
| Plaintiff / Petitioner: ARTHUR 8. CLARK | | Defendant / Respondent VERITIV OPERATING COMPANY | |
| Received by: RON GAMM | | For: BROWN & CROUPPEN | |
| To be served upon: FENTON MILLER III | | | |

I, Ron Gamm Jr., being duly sworn. depose and say: I am over the age of 18 years and not a party to this action. and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

I have served the attached documents by:

__X__ delivering a copy of the service documents to the Defendant.

____ leaving a copy of the service documents at the dwelling place or usual abode of the Defendant with the person identified below. who is a person over the age of 15 years.

____ (for service on a corporation) delivering a copy of the service documents to the person identified below.

____ documents could not be served due to the lack of contact with the subject.

SERVED IN JOHNSON COUNTY AND IN THE STATE OF KANSAS

Recipient Name / Address:   FENTON MILLER, 8335 LOWELL AVE, OVERLAND PARK, KS 66212

Manner of Service:   Personal/Individual, Dec 12. 2018, 1:31 pm CST

Documents:   SUMMONS IN CIVIL CASE, PETITION (Received Dec 5, 2018 at 11:11 am CST)

Additional Comments:

1) Unsuccessful Attempt Dec 5, 2018, 8:18 pm CST at 8335 LOWELL AVE, OVERLAND PARK, KS 66212 KNOCKED ON THE FRONT DOOR BUT, NOBODY CAME TO ANSWER THE DOOR.

2) Unsuccessful Attempt: Dec 7, 2018, 9:26 pm CST at 8335 LOWELL AVE, OVERLAND PARK. KS 66212 ARRIVED AT THE RESIDENCE, KNOCKED ON THE DOOR; HOWEVER. NO ONE CAME TO THE FRONT DOOR.

3) Unsuccessful Attempt: Dec 8, 2018. 3:59 pm CST at 8335 LOWELL AVE, OVERLAND PARK. KS 66212 KNOCKED ON THE FRONT DOOR AND NO ONE CAME TO ANSWER THE FRONT DOOR.

4) Unsuccessful Attempt: Dec 10, 2018, 4:09 pm CST at 8335 LOWELL AVE, OVERLAND PARK, KS 66212 ARRIVED AT THE RESIDENCE, KNOCKED ON THE DOOR; HOWEVER, NO ONE CAME TO THE FRONT DOOR.

5) Successful Attempt: Dec 12, 2018, 1:31 pm CST at 8335 LOWELL AVE, OVERLAND PARK, KS 66212 received by FENTON MILLER. Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'6"; Hair: White; Other: FENTON MILLER HAS A WHITE MUSTACHE. HE WAS WEARING A WHITE UNDERSHIRT, RED POLO AND BLACK SLACKS. FENTON MILLER WAS SERVED AT THE FRONT DOOR OF THE RESIDENCE.

*Subscribed and sworn to before me by the ofliont who is personally known to me.*

Ron Gamm Jr.

12-12-2018
Date

Michelle Wallace
Notary Public

1?-12-¥?     2-24-19
Date     Commission Expires

MICHELLE WALLACE
Notary Public
State of Kansas
My Appointment Expires 2-24-19



**IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI**

SB1-2

| Judge or Division: JANET SUTTON | Case Number: 18CY-CV12075 |
|---|---|
| Plaintiff/Petitioner: ARTHUR B CLARK | Plaintiff's/Petitioner's Attorney/Address JOSEPH ROBERT HILLEBRAND BROWN & CROUPPEN 211 N BROADWAY STE 1600 SAINT LOUIS, MO 63102 |
| vs. | |
| Defendant/Respondent: VERITIV OPERATING COMPANY | Court Address: 11 S WATER LIBERTY, MO 64068 |
| Nature of Suit: CC Pers Injury-Vehicular | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: VERITIV OPERATING COMPANY
Alias:

% CT CORP SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

30 CT COR

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

12/3/2018 — Date    BARB WILMOT — Clerk

COURT SEAL OF CLAY COUNTY

Further Information:

**Sheriff's or Server's Return**

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
LCW – B. LOVE (name) Intake Specialist (title).
☐ other CT CORP.

Served at _____ (address)
in St. Louis County (County/City of St. Louis), MO, on DEC 14 2018 (date) at 9 A.M. (time).
L. DiSILVESTER
Printed Name of Sheriff or Server     Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____ _____
                        Date         Notary Public

**Sheriff's Fees**
Summons           $_____
Non Est           $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage           $_____ (____ miles @ $____ per mile)
Total             $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

18-SMCC-10457

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 18-SMCC-1300    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05,
CLAY (2-11) (SMCCCY)                                                        54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - Clay - December 17, 2018 - 02:37 PM

Case 4:18-cv-00997-ODS   Document 1-1   Filed 12/20/18   Page 16 of 16